IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, DISTRICT 36, ET AL. | : : : | CIVIL ACTION |
| v. | : : | NO. 16-3374 |
| SHAMROCKCLEAN INC. | : | |

**O R D E R**

**AND NOW**, this <u>  9th  </u> day of <u>December</u>, 2016, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 4), it is **ORDERED** that the Motion is **GRANTED** and Judgment is entered against Defendant SHAMROCKCLEAN INC. in the amount of $18,344.71 as follows:

| | |
|---|---:|
| Principal Amount of Unpaid Contributions | $13,683.21 |
| Pre-Judgment Interest | $415.76 |
| Liquidated Damages | $2,045.74 |
| Counsel Fees and Costs | $2,200.00 |
| Total Judgment | $18,344.71 |

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**